# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Antonio Goodwin,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AT&T,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01950-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's filing titled "PLAINTIFF SEEKING MOTION FROM THE DEFENDANT CT CORPORATION SYSTEM/AT&T CORP AND AT&T MOBILITY LLC HAVE THE SAME REGISTER AGENT UNDER THE ADDRESS 701 SOUTH CARSON ST., ST. #200 CARSON CITY, NV 89701."  (ECF No. 22).  It is not clear what relief Plaintiff is seeking through his motion.  However, it appears that he may be using his motion to request discovery from Defendant.  To the extent Plaintiff is seeking discovery from Defendant under Federal Rules of Civil Procedure 34 (requests for production), 33 (interrogatories), or 35 (requests for admission), those requests must be directed to the Defendant, not filed with the Court.  *See* Fed. R. Civ. P. 5(d)(1)(A); *see* Nevada Local Rule[1] 26-7.  Because it cannot tell what relief Plaintiff is seeking, the Court denies Plaintiff's motion.

Additionally, the discovery plan and scheduling order is overdue.  *See* Nevada Local Rule 26-1; *see* (ECF No. 12).  The parties must file a stipulated discovery plan and scheduling order as required by Nevada Local Rule 26-1 on or before **May 17, 2024.**

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 22) is **denied.**

---

[1] This refers to the Local Rules of Practice for the United States District Court, District of Nevada, which rules can be found online.  https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS FURTHER ORDERED** that the parties must file a stipulated discovery plan and scheduling order as required by Nevada Local Rule 26-1 on or before **May 17, 2024.**

DATED: April 17, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE