**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTONIO GOODWIN

                  Plaintiff,

    vs.

AT&T,

                  Defendant.

Case No.: 2:23-cv-01950-GMN-DJA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 189), from United States Magistrate Judge Daniel J. Albregts, which recommends that Plaintiff Antonio Goodwin's motions, (ECF Nos. 185–87), be certified as frivolous. It further recommends that, if such certification should issue, this case be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, Plaintiff filed a 49-page Objection, (ECF No. 200). Objections to R&Rs are

subject to the 24-page limit stated in Local Rule 7-3. *See* LR IB 3-2; *see also* LR 7-3. Moreover, the Objection does not include any "specific written objections with supporting points and authorities." LR IB 3-2(a). In particular, Plaintiff never specifically identifies any portion of the Report and Recommendation to which he objects, and he never supports any of his objections with supporting points and authorities, rendering the Objection non-compliant with the Local Rule IB 3-2(a). Plaintiff's Objection thus fails to comply with at least two local rules. The court may strike documents that do not comply with the local rules, LR IC 7-1, and it does so here. Accordingly, Plaintiff's Objection, (ECF No. 200), is STRICKEN from the docket rendering the R&R unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objection is **STRICKEN**.

**IT IS FURTHER ORDERED** that the Report and Recommendation, (ECF No. 189), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motions, (ECF Nos. 185–87), are certified as frivolous.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED as moot**.

The Clerk of Court is kindly directed to close the case.

Dated this __5__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court